Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT

for the

*Eastern* District of *California*

MAY 1 1 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

*Eastern* Division

Lavonda Louise Ireland )
Michael Edward Muehlemann )
_____ )
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
Madera County Board Supervisor )
_____ )
**Defendant(s)** )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.  Do not include addresses here.)*

Case No. 1:23cv00725 JLT BAM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

LAVONDA LOUISE IRELAND

Name        MICHAEL EDWARD MUEHLEMANN

(MAILING) Address   2136 SYLVIA ST.

SELMA        CA        93662
*City*        *State*        *Zip Code*

County        MADERA
Telephone Number    (559) 725-0399
E-Mail Address    MYKAL7373@GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name        MADERA COUNTY POLICE DEPARTMENT
Job or Title *(if known)*  (GOVERNMENT) POLICE
Address        330 S. C. ST.
MADERA        CA        93638
*City*        *State*        *Zip Code*

County        MADERA
Telephone Number    (559) 675-4200
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name        COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY
Job or Title *(if known)*  DOMESTIC VIOLENCE SERVICE/HOUSING CASE WORKER
Address        1225 GILL AVE
MADERA        CA        93637
*City*        *State*        *Zip Code*

County        MADERA
Telephone Number    (559) 661-5495
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Madera County of Social Services |
| Job or Title *(if known)* | Child And Family Support Services |
| Address | 1620 Sundree Ave. |
| | Madera                CA          93638 |
| | *City*                *State*      *Zip Code* |
| County | Madera |
| Telephone Number | (559) 675-2300 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Housing Authority Of The City Of Madera |
| Job or Title *(if known)* | Occupancy Specialist |
| Address | 205 N. G. St. |
| | Madera                CA          93637 |
| | *City*                *State*      *Zip Code* |
| County | Madera |
| Telephone Number | (559) 674-5695 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(Under The Color Of Law) –(Racial Discrimination) (Deprivation Of Protection) (Title 18, USC., Section 242) (Title 42, USC., § 2000d et seq

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

NAMED DEFENDANTS DID (WILLFULLY, KNOWINGLY, UNLAWFULLY) DEPRIVE PROTECTION)
( SEE ATTACHED DOCUMENTS SUPPORTING CLAIM)

**III.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

SEE ATTACHED ( SUPPORTIVE DOCUMENTS) STATEMENTS OF "PLAINTIFFS"

B.    What date and approximate time did the events giving rise to your claim(s) occur?

FEBUARY 13th of 2023 to PRESENT

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DENIED PROTECTION. SEE ATTATCHED

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. (RBTS) (RACIAL BASED TRAUMATIC STRESS) MADERA BEHAVIORAL HEALTH

2. (PTSD) (POST TRAUMATIC STRESS DISORDER) MADERA BEHAVIORAL HEALTH

3. (ASTHMA EXACEBATION) EMERGENCY ROOM VISIT (ADVENTICT HEALTH SELMA (" WHICH RESULTED LAVONDA LOUISE IRELAND TO BE VIOLENTLY ASSULTED BY A REGISTERED NURSE ON APRIL 5th OF 2023.,") CHEST X-RAYS. PERSCRIBED MEDICATION'S

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(" IMMEDIATE DISMISSAL OF ALL NAMED INDIVIDUALS")

(" PUNISHMENT TO BE GIVEN TO MAIMUM EXTENT OF THE LAW")

(" JURY TO AWARD: COMPENSORY and PUNITIVE DAMAGES PAIN & SUFFERING HUMILIATION HARM TO REPUTATION")

(" MAXIMUM DAMAGE RELIEF REQUIRED")

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: APRIL 13 2023

Signature of Plaintiff

Printed Name of Plaintiff    MICHAEL EDWARD MUEHLEMANN / LAVONDA LOUISE IRELAND

### B.    For Attorneys

Date of signing: APRIL 13 2023

Signature of Attorney

Printed Name of Attorney    (MICHAEL EDWARD MUEHLEMANN)

Bar Number    N/A

Name of Law Firm    (SELF)

Address    (MAILING) 2136 SYLVIA ST.

SELMA                        CA        93662
         _City_                    _State_    _Zip Code_

Telephone Number    (559) 725-0399

E-mail Address    MYKAL7373@GMAIL.COM

# (Declaration Statement)

"I hereby declare that the information stated above is true to the best of my Knowledge."

"I hereby declare that the above-mentioned information is accurate to the best of my Knowledge and belief."

"I solemnly declare that the information furnished above is free from errors to the best of my Knowledge and belief."

Executed on this 9th day of May of 2023 at Selma, California.

Print: Michael Edward Muehlemann    Date: May 11th 2023
Sign: _____ Date: May 11th 2023


# Notary WITNESS:

Print: _____    Date: _____
Sign: _____    Date: _____

Notary Stamp

# TITLE 42 UNITED STATES CODE SECTION 10607

A responcesible official shall arrange for a victim to recieve resonable protection from a suspected offender and persons Acting in concert with or at the behest of the suspected offender

# FOURTH AMENDMENT

UNDER THE FORTH AMENDMENT, anyone in the UNITED STATES, citizen or not has the constitutional right to be free from excessive force by police officers, sheriff's deputies, highway patrol officers, federal agents, and other law enforcement officials

# 14th AMENDMENT

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life liberty or property without due process of law nor deny to any person within its jurisdiction the equal protection of the laws."

THE PLAINTIFF'S RESPECTFULLY

REQUEST OF THE COURTS

THAT ALL WITNESSES ALSO

BE ( SWORN IN ) UNDER

( THE PLEDGE OF ALLEGIANCE)..

# Request for Production of Documents

The named Plaintiffs;

MICHAEL EDWARD MUEHLEMANN,
LAVONDA LOUISE IRELAND:

Come forth on this 27th day of April of the year being 2023 do hereby request the court to grant this request to (include):

1) From MADERA COUNTY CALIFORNIA POLICE DEPARTMENT
(BODY CAM AUDIO, and VIDEO From (NAMED Officers to include)
(Seagegnt MARKADAMS)
(Corporal JARON MCALISTER)
(Community Liaison Officer LORI ALVA)

2) From MADERA COUNTY CALIFORNIA POLICE DEPARTMENT
(AUDIO and VIDEO FOOTAGE from the lobby of MADERA COUNTY CALIFORNIA POLICE DEPARTMENT on the (SPECIFIC) dates as follows:
02-13-2023, 02-14-2023, 02-26-2023, 03-01-2023, 03-02-2023, 03-04-2023, 03-05-2023, 03-06-2023, 03-07-2023, 03-14-2023, 03-22-2023...

3) From MADERA COUNTY CALIFORNIA POLICE DEPARTMENT
(AUDIO from lobby phone MADERA COUNTY CALIFORNIA POLICE DEPARTMENT...

Page 1 of

# DOCUMENT OF DECLARATION

## TO WHOM IT MAY CONCERN,

The planintiffs (MICHAEL EDWARD MUEHLEMANN) and (LAVONDA LOUISE IRELAND) do hereby bring forth this (CIVIL RIGHTS COMPLAINT) to THE UNITED STATES DISTRICT COURT: EASTERN District of CALIFORNIA EASTERN Division

Against the DEFENDANTS As Follows:

DEFENDANT 1) MADERA BOARD SUPERVISOR (ENTIRETY) (OF) MADERA COUNTY CALIFORNIA

The plantiffs (MICHAEL EDWARD MUEHLEMANN) and (LAVONDA (LOUISE IRELAND) do hereby ask the courts to (GRANT) a speedy trial.

Soley due to the fact that the (PROSECUTION) has the right to cross examine the plaintiffs which would the make them the (IMMEDIATE DEFENDANTS).

Therefore giving the named plaintiffs the right by law the right to a (SPEEDY TRIAL).

Respectfully Requesting the court, to (SUBPEONA) the named (DENDANTS) to appear in court to give (CREDIBLE) testimony to give (CREDIBLE VALUE) to the plaintiffs claim.

I declare under penalty of perjury Of the laws of the State of California that the foregoing is true and correct. Executed this 27th day of April 2023, at Selma California.

Michael Edward Muehlomann

Lavonda Ireland

Page 1 of 1

# Request to Subpoena Witnesses

On this 27th day of April of 2023, the named plaintiffs to be,

(MICHAEL EDWARD MUEHLEMANN)
( LAVONDA LOUISE IRELAND )

Come before THE UNITED STATES DISTRICT COURT EASTERN DISTRICT of CALIFORNIA EASTERN DIVISION to respectfully request the courts to ( SUBPEONA )(ALL) witnesses to include;

(Name and Title or Rank)

1) ( JIM COSTA)[ MADERA HOUSE of REPRESETITIVES 21st DISTRICT of CALIFORNIA]

2) ( ROB BONITA) CALIFORNIA ATTORNEY GENERAL

3) ( SANTOS GARCIA) MAYOR of CALIFORNIA

4) ( GAVIN NEWSOME) GOVERNER of CALIFORNIA

5) ( DIANNE FEINSTEIN) SENIOR UNITED STATES SENATOR.

6) ( MADERA COUNTY BOARD SUPEVISOR)(ENTIRETY

7) (DEBI BRAY) PRESIDENT / CEO MADERA CHAMBER of COMMERCE

8) (DINO LAWSON) CHIEF of MADERA POLICE DEPARTMENT

9) (MARK ADAMS) SERGANT MADERA POLICE DEPARTMENT

10) (JARON MCALISTER) CORPORAL MADERA POLICE DEPARTMENT

11) (LORI ALVA) COMMUNITY LIAISON OFFICER MADERA POLICE DEPARTMENT

12) (JOSIAH ARNOLD) 3RD LIEUTENANT MADERA POLICE DEPARTMENT

13) (DEBBIE MARTINEZ) DIRECTOR of MADERA COUNTY SOCIAL SERVICES

14) (WENDY SMITH) SUPERVISOR MADERA COUNTY SOCIAL SERVICES

15) (COMMUNITY ACTION PARTNERSHIP of MADERA

16) (MATTIE MENDEZ) DIRECTOR of HOUSING (CAPMC)

17) (JOLIVETTE SANTOS) OUTREACH CASE WORKER (CAPMC)

18) (SONIA TRUJILLO) HOMELESS OUTREACH WORKER (CAPMC)

19) (ANNA CABALLERO) 14 SENATE DISTRICT

(CREDIBLE WITNESSES) TO BRING (VALLIE) TO PLAINTIFFS COMPLAINT

I Declare under penalty of perjury of the laws of the State of CALIFORNIA that the foregoing is true and correct. Michael Edward Muehlemann Lavonda Ireland Executed this 27th day of April 2023 at SELMA CALIFORNIA

# Request for Production of Documents

The named Plaintiffs,

( MICHAEL EDWARD MUEHLEMANN )
( LAVONDA LOUISE IRELAND )

COME forth on this 27th day of April of the year being 2023 do hereby request the courts to grant the request to include:

1) ( FEDERAL TRADE COMMISION COMPLAINT REPORT )
   REPORT NUMBER (159189934)

2) ( FEDERAL BUREAU OF INVESTIGATION REPORT )
   ( FILED ON April 26th of 2023)

To be used as ( DIRECT EVIDENCE ), as well as the ( PREPONERANCE OF EVIDENCE ) in Plaintiffs case to add ( CREDIBILITY ) and ( VALUE )

I decare under penalty of perjury of the laws of the STATE of CALIFORNIA that the foregoing is true and correct

Executed this 27th day of April 2023 at SELMA CALIFORNIA

MICHAEL EDWARD MUEHLEMANN

Lavonda Ireland

# Request for Production of Documents

The named Plaintiffs,

MICHAEL EDWARD MUEHLEMANN
LAVONDA LOUISE IRELAND

COME forth on this 27th day of April of the year being 2023 do here by request the court to grant this request to include:

(ENTIRETY) of documents for named Plaintiffs from,

COMMUNITY ACTION PARTNERSHIP of MADERA

To give (CREDIBLEBILITY) to Plaintiffs case as a (PREPONDERANCE of EVIDENCE)

I declare under penalty of perjury of the laws of the STATE CALIFORNIA that the foregoing is true and correct.

Executed this 27th day of April 2023, at SELMA CALIFORNIA.

MICHAEL EDWARD MUEHLEMANN

Lavonda Ireland

*** REC 2023073  174656 H9011081 ZH90  CIPQYA5    PQA5  (F ZH9 ) ***

```
 SEQY  DTE:03/14/23    AN: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  DOC:947    UNIT:ADRQ05        PG: 001
MEF: QN: 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 NA: M E MUEHLE DB: 12/1973 SX: M AK:
```

SUMMARY FICA EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|------|----------|------|----------|------|----------|------|----------|
| 1993 | 130.13   | 2001 | 1742.99  | 2008 | 2795.85  | 2015 | .00 |
| 1994 | .00      | 2002 | .00      | 2009 | .00      | 2016 | .00 |
| 1995 | 405.56   | 2003 | .00      | 2010 | .00      | 2017 | .00 |
| 1996 | 679.38   | 2004 | .00      | 2011 | .00      | 2018 | .00 |
| 1997 | 1082.50  | 2005 | 6718.23  | 2012 | 36.37    | 2019 | .00 |
| 1998 | 1182.20  | 2006 | 8162.21  | 2013 | .00      | 2020 | .00 |
| 1999 | 4817.34  | 2007 | 5435.57  | 2014 | .00      | 2021 | .00 |
| 2000 | 5463.60  |      |          |      |          |      |     |

SUMMARY MQGE EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | ~~EARNINGS~~ |
|------|----------|------|----------|------|----------|------|----------|
| 1990 | 36.13    |      |          |      |          |      |     |

REMARKS
CLAIMS ACTIVITY -- SEE MBR
CLAIMS ACTIVITY -- SEE SSR

IDENTITY THEFT

## MADERA POLICE DEPARTMENT
## CITIZENS' COMPLAINT FORM

| Name (First, Middle, Last) | Date of Birth | Telephone | Race |
|---|---|---|---|
| Michael Edward Muehlemann | 12-19-1973 | 559 725 0399 | Blk |

Address (Street, City, Zip)  Unhoused

Business Phone

Witness (Name)  Lawonda Louise Ireland

Date of Birth  06-08-1976

Address  Unhoused

Telephone

Witness (Name)

Date of Birth

Address

Telephone

Is the Complaint involving Racial or Identity Profiling (Yes) No

If Yes check all that apply (Race) / Ethnicity / (Color) / Nationality / Age /
Religion / Gender / Gender Expression / Sexual Orientation / (Mental)
(Disability) / Physical Disability

Location of Occurrence  Madera Police Department

| Date | Time |
|---|---|
| 2-7-23 | |

Officer Involved (Name)  Mark Adams, Jaron McAllister, Lori Alva
#4024    #4398    #3060

Badge # 4024
434

POLICY AND PROCEDURE ☐    EXPLAINED ☐

Nature of the Complaint and Description of Events.

under the Color of law
Deprivation of protection

You have the right to make a complaint against a peace officer for any improper police conduct. California law requires this agency to have a procedure to investigate citizens' complaints. You have a right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Citizen complaints and any reports or findings relating to complaints must be retained at least five years.

It is against the law to make a complaint that you know to be false, If you make a complaint against an officer knowing that It is false, you can be prosecuted on a misdemeanor charge. (148.6 California Penal Code)

I HAVE READ AND UNDERSTOOD THE ABOVE STATEMENT

Signature of Parent (If under 18 years old)

Signature of Complainant

| NAME/RANK OF INVESTIGATOR | DISPOSITION | DATE COMPLETED |
|---|---|---|
| | | |



# Fresno Madera Continuum of Care Coordinated Entry System

## HOMELESSNESS CERTIFICATION

The U.S. Department of Housing and Urban Development (HUD) Continuum of Care (CoC) Program requires written documentation of homeless status for all applicants. The person named below has indicated that your organization has verified his or her homeless status. Please complete this homeless certification form and provide supporting documents described on the attached page

**Please note**: In order to qualify as **chronically homeless**, an applicant must have a disabling condition.

*What is a disabling condition?* A disabling condition is defined as "a diagnosable substance use disorder, serious mental illness, developmental disability, or chronic physical illness or disability, including the co-occurrence of two or more of these conditions. A disabling condition limits an individual's ability to work or perform one or more activities of daily living."

Name of Program Applicant: *Michael Muehlemann*

**Chronically Homeless Status as defined by the U.S. Department of Housing and Urban Development** (please check only one box)
    An applicant or (for family households) the household head who is a homeless individual <u>with a disabling condition</u> as defined in the Act, who:

        ☒ who has either been continuously homeless living in the streets or other places not meant for human habitation, emergency shelter, or Safe Haven for a year or more; OR

        ☐ Has had at least four episodes of homelessness (as described above) in the past three years where the combined occasions must total at least 12 months

        ☐ The person above is currently homeless living in the streets or other places not meant for human habitation, emergency shelter, or Safe Haven for less than 12 months continuously OR had less than four episodes of homelessness in the past three years OR had 4 or more episodes of homelessness in the past three years BUT the combined occasions have not totaled at least 12 months. **Complete the following form for Literal Homeless Status.**

*What is an episode of homelessness?* An episode of homelessness is a separate, distinct, and sustained stay on the streets and/or in an emergency homeless shelter. An occasion is separated by a break of at least seven nights. Stays in institution of fewer than 90 days do not constitute a break.

**NOTE:** *To be considered chronically homeless, a person must have been on the streets, other places not meant for human habitation, Safe Haven or in an emergency shelter (not transitional housing) during these stays. A person who has been residing in an institutional care facility, including a jail, substance abuse or mental health facility or other similar facility for fewer than 90 days and was chronically homeless before entering that facility shall also be deemed chronically homeless.*

Updated August 2018



## Literally Homeless Status (please check only one box)

The person named above is **currently** homeless because he or she is:

☒ Sleeping in a place not meant for human habitation (such as cars, parks, sidewalks, etc.) Verification: Complete "Statement of Current Situation" and obtain signature of current service provider on this form.

☐ Sleeping in an emergency shelter for homeless persons. Verification: Complete "Statement of Current Situation" and obtain signature of shelter staff on this form.

☐ Is in a transitional or supportive housing program for homeless persons and/or in any of the above places. Verification: Complete "Statement of Current Situation" and obtain signature of transitional/supportive housing staff.

☐ Is in a temporary resident; a hotel/motel through sponsorship by a social service agency or hotel voucher program. No subsequent residence has been identified and the person lacks the resources and support needed to obtain housing. Verification: Complete "Statement of Current Situation" and obtain proof of hotel voucher, and signature of current service provider on this form.

☐ Exiting an institution where he or she resided for 90 days or less AND who resided in an emergency shelter or place not meant for human habitation immediately before entering that institution. Verification: Complete "Statement of Current Situation" and obtain signature of institution staff.

☐ Is fleeing a domestic violence housing situation and no subsequent residence has been identified and the person lacks the resources and support necessary to obtain housing. Verification: Complete "Statement of Situation" and obtain signature by the individual on this form.

I certify that the above information is correct to the best of my knowledge.

Case Manager, Outreach Worker, Shelter Staff Signature: _*signature*_

Print Name: _Sonia Trujillo_ Date: _3-15-2023_

Agency: _Community Action Partnership_

Applicant Name: _Michael Muehlemann_

Applicant Signature: _*signature*_ Date: _3-15-.23_

Updated August 2018

Fresno Madera Continuum of Care
**Client Informed Consent & Release of Information Authorization**
Homeless Management Information System (HMIS)

CAPMC _____ is a Partner Agency in the Homeless Management Information System (HMIS). HMIS is a shared homeless and housing database system administered by The Fresno Housing Authority (FH). HMIS can improve the services and programs for homeless and low income households by allowing authorized staff at Partner Agencies to share client information and to follow trends and service patterns over time. HMIS operates over the internet and uses many security protections to ensure confidentiality. This Agency will collect your information and enter it into HMIS.

Participation in the HMIS program is important to our community's ability to provide you with the best services and housing possible. As you receive services, Basic Information and Coordination of Care and Housing Information (listed below) will be collected about you, the services provided to you, and the outcomes these services help you to achieve.

A representative of this Agency is going to ask you for information about you and your dependents. The word "dependent" is used in this documents to refer to any person under the age or 18 for whom you consider yourself to be responsible for. Once your information is entered into HMIS it will be shared as described below.

Basic Information:
This information will be shared through HMIS and partner agencies utilizing HMIS.
- Personal Identifying Information (PII) (Name (First, Middle and Last), Social Security Number, Date of Birth, Gender, Race, Ethnicity, Veteran Status, and photo)
- Household information
- Personal Identifying Information about your dependents (if applicable) (Note: Anyone 18 year of age or older must sign a separate consent form)
- Enrollment information (May include your past enrollment information)
- HMIS Client Identification Number

Coordination of Care and Housing Information:
This information, along with other information from the HMIS will be used or disclosed for the purposes of matching you to the appropriate services and possible housing, to conduct referrals and assessments, to determine program eligibility, to otherwise collaborate to address specific needs and circumstances, and to share information in case conference meetings for the purposes of finding and/or coordinating services for you and your dependents.
- Contact Information
- Experience with homelessness and living situation
- Household income and source(s)
- Presence of a current disabling condition
- Services you receive
- Documents to support homeless situation, income, disabling condition, and identity for the purpose of housing match

As stated in our Notice of Privacy Policy, we are required by law to maintain the privacy of this information and explain how, when and why we may use or disclose any of this information.

- Your name and other identifying information will not be shared with any agency not participating in the system (unless required to do so by law).
- Your name, gender, race, social security number and date of birth and other Basic Information may be shared with Partner Agencies for Identification purposes even if you elect not to share other sensitive information.
- Your information may be shared with the State of California Business, Consumer Services and Housing Agency (BCSH), including its authorized agents, for inclusion in the State's Homeless Data Integration System (HDIS).
- Sensitive information, such as diagnosis or treatment or mental health disorders, drug or alcohol disorders, HIV/AIDS, or domestic violence concerns, **will not** be shared between Partner Agencies without specific written consent.
- A list of Partner Agencies is available upon request.
- Authorizing your information to be entered into the HMIS is voluntary.
- Refusing to do so will not limit your access to shelter or services.

**Please initial ONE of the following levels of consent:**

_MₐM_ (1) I give authorizations for my basic and coordination of care and housing information to be entered into the HMIS and **shared between Partner Agencies**. I understand that I have the right to receive a copy of all information shared between the Partner Agencies.

_____ (2) I give authorization for my basic and relevant information to be entered into the HMIS, but **not shared between Partner Agencies**. My information will not be shared, used or disclosed at case conference meetings and may make it more difficult for participating agencies to qualify me for assistance suited to my needs.

_____(3) **Street Outreach _Only_** I understand that in some instances the effective date of this Release of Information may be retroactive to the date of my initial contact with the street outreach team.

I understand that I may cancel this authorization at any time by written request, but the cancellation will not be retroactive. I understand that I have the right to view my HMIS record and will have a report prepared within 72 business hours of my written request. I understand that if I refuse consent to share this information I cannot be denied services. I understand that this release is valid for _2_ years from the date of my signature.

Name and Date of Birth of dependents (under 18 only)

| NAME | Date of Birth |
|---|---|
|  |  |
|  |  |
|  |  |

| Michael Edward Muehlemann | _mhₑ_ | 03/17/23 |
|---|---|---|
| Client Name (please print) | Client Signature | Date |

| JOlivette Santos | _[signature]_ | 03/17/23 |
|---|---|---|
| Agency Staff Name (please print) | Agency Staff Signature | Date |

## Authorization to Use or Disclose Personal Identifiable Information

### Section 1. Who is the participant?

| Last Name | First Name | Middle Initial |
|---|---|---|
| Muehlemann | Michael | G. |

| Date of Birth (MM/DD/YYYY) | Phone Number |
|---|---|
| 12/19/1973 | 559-725-0399 |

I hereby authorize the use or disclosure of protected health information about the individual named above.

I am: ☒ a person representative because the patient is a minor, incapacitated, or deceased (complete Section 9 below)

☐

### Section 2. Who Will Be Disclosing Information About the Individual?

The following entity may use or disclose the information:

California Department of Social Services, Central California Legal Services, Inc., Centro la Familia, City of Clovis, City of Fresno, Clearview Outreach, Clinica Sierra Vista, Clovis Unified School District, KIT Program, Community Action Partnership of Madera County, Community Medical Centers, County of Fresno Department of Behavioral Health , County of Fresno Department of Social Services, Eco Village Project of Fresno, Fresno County Superintendent of Schools-Homeless Education, Fresno Economic Opportunities Commission , Fresno First Steps Home, Fresno Housing Authority, Fresno Unified School District - Project Access, Goodwin Greenhouse, HOPE Sanger, Hospital Council of Norther and Central California, Kings View, Madera County Department of Social Services, Marjaree Mason Center, Inc, Mental Health Systems, My Path Home, Poverello House, Retraining the Village, RH Community Builders, Saint Agnes Medical Center, Selma Community Outreach Ministries, The Bishop's Advocacy Committee for the Homeless, The Fresno Center, Turning Point of Central CA, Inc, Valley Teen Ranch, Veterans Administration, WestCare CA Inc., Westside Family Preservation Services Network, Wings Advocacy Fresno

### Section 3. Who May Be Receiving Information About the Individual?

The information may be disclosed to:

California Department of Social Services, Central California Legal Services, Inc., Centro la Familia, City of Clovis, City of Fresno, Clearview Outreach, Clinica Sierra Vista, Clovis Unified School District, KIT Program, Community Action Partnership of Madera County, Community Medical Centers, County of Fresno Department of Behavioral Health , County of Fresno Department of Social Services, Dept. of Veteran Affairs, Eco Village Project of Fresno, Fresno County Superintendent of Schools-Homeless Education, Fresno Economic Opportunities Commission , Fresno First Steps Home, Fresno Housing Authority, Fresno Unified School District - Project Access, Goodwin Greenhouse, HOPE Sanger, Hospital Council of Norther and Central California, Kings View, Madera County Department of Social Services, Marjaree Mason Center, Inc, Mental Health Systems, My Path Home, Poverello House, Retraining the Village, RH Community Builders, Saint Agnes Medical Center, Selma Community Outreach Ministries, The Bishop's Advocacy Committee for the Homeless, The Fresno Center, Turning Point of Central CA, Inc, Valley Teen Ranch, Veterans Administration, WestCare CA Inc., Westside Family Preservation Services Network, Wings Advocacy Fresno

### Section 4. What Information About the Individual Will Be disclosed?

Please specify the type of behavioral health and/or substance abuse services information to be disclosed, including any relevant dates. Self-reported information that may assist in supportive services and/or housing.

### Section 5. What is the Purpose of the Disclosure?

Please give the reason the information is being requested or disclosed. to work with collaborative agencies to provide services to the individual identified in this release

### Section 6. What is the Expiration Date or Event?

This authorization must expire within 2 years, on either a specific date or upon a specific event. Please choose either:

The following expiration date (no more than 2 years from today): 03/17/2025

OR

The following specific event (needs to happen within 2 years):

### Section 7. Important Rights and Other Required Statements You Should Know

❖ You can revoke this authorization at any time by writing to [Fresno Housing Authority]. If you revoke this authorization, it will not apply to information that has already been used or disclosed.

❖ The information disclosed based on this authorization may be re-disclosed by the recipients and may no longer be protected by federal or state privacy laws. Not all persons or entities have to follow these laws.

❖ You do not need to sign this form in order to obtain enrollment, eligibility, payment, or treatment for services.

❖ This authorization is completely voluntary, and you do not have to agree to authorize any use or disclosure.

❖ You have a right to a copy of this authorization once you have signed it. Please keep a copy for your records, or you may ask us for a copy at any time by writing to Fresno Housing Authority.

❖ If you have any questions about anything on this form, or how to fill it out, we can help. Please call (559)265-4800

### Section 8. Signature of the Individual

Signature _____    Date (required) ___03/17/23___

### Section 9. Signature of Personal Representative (if applicable)

Signature _____    Date (required) _____

Please describe your relationship to the individual and/or your legal authority to act on behalf of the individual in making decisions related to healthcare. You may be asked to provide us with the relevant legal documents giving you this authority.

Relationship to the individual (required): _____

**NOTICE TO RECIPIENT OF INFORMATION**

This information has been disclosed to you from records the confidentiality of which may be protected by federal and/or state law. If the records are protected under the federal regulations on the confidentiality of alcohol and drug abuse patient records (42 CFR Part 2), you are prohibited from making any further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# SELF-DECLARATION OF INCOME

Applicant Name: _Michael Edward Muehlemann_

This is to certify the income status for the above named individual.  Income includes but is not limited to:

- The full amount of gross income earned before taxes and deductions.
- The net income earned from the operation of a business, i.e., total revenue minus business operating expenses. This also includes any withdrawals of cash from the business or profession for your personal use.
- Monthly interest and dividend income credited to an applicant's bank account and available for use.
- The monthly payment amount received from Social Security, annuities, retirement funds, pensions, disability and other similar types of periodic payments.
- Any monthly payments in lieu of earnings, such as unemployment, disability compensation, SSI, SSDI, and worker's compensation.
- Monthly income from government agencies excluding amounts designated for shelter, and utilities, WIC, food stamps, and childcare.
- Alimony, child support and foster care payments received from organizations or from persons not residing in the dwelling.
- All basic pay, special day and allowances of a member of the Armed Forces excluding special pay for exposure to hostile fire.

## Check only one box and complete only that section

[X] I certify, under penalty of perjury, that I currently receive the following income:

Source: _SSI_ Amount: _1251_ Frequency: _Monthly_
Source: _____ Amount: _____ Frequency: _____
Source: _____ Amount: _____ Frequency: _____

Applicant Signature: _____ Date: _3-13-2023_

[ ] I certify, under penalty of perjury, that I do not have any income from any source at this time.

Applicant Signature: _____ Date: _____

## Staff Verification

I understand that third-party verification is the preferred method of certifying income for assistance.  I understand self declaration is only permitted when I have attempted to but cannot obtain third party verification.

_Documentation of attempt made for third-party verification:_

_____
_____
_____

Staff Signature: _____ Date: _3-13-2023_


# DEPARTMENT OF SOCIAL SERVICES
## COUNTY OF MADERA
1620 SUNRISE / MADERA, CALIFORNIA 93638
P. O. BOX 569
(559) 675-7841 PHONE / (559) 675-7603 FAX

DEBORAH MARTINEZ, DIRECTOR                                    *Equal Opportunity Employer*

### MADERA COUNTY WTW PROGRAM
### RELEASE FOR EXCHANGE OF INFORMATION AND RECORDS

Client Name: **Michael Edward Muehlemann** Birthdate: **12/19/1973**

Date: **3-13-2023**                              Case Number: _____

I hereby authorize the agency checked on the following list to release and exchange information about me or information contained in my records.

| | |
|---|---|
| ☐ Calif. Employment Development Dept. | ☐ Madera County Office of Education |
| ☐ California State University of Fresno | ☐ Madera County Probation Department |
| ☐ Central Valley Opportunity Center | ☐ Madera County Family Resource Center |
| ☐ Central Valley Regional Center | ☐ Madera Economic Development Commission |
| ☐ Chawanakee Joint School District | ☐ Madera Unified School District |
| ☐ Chowchilla High School District | ☐ Minarets Joint Union High School District |
| ☐ Dept. of Vocational Rehabilitation | ☐ State Center Community College/All Campuses |
| ☐ Firebaugh-Las Deltas School District | ☐ Madera Co Workforce Investment Corp |
| ☐ Madera Adult School (MAS) | ☐ Yosemite High School District |
| ☐ Madera County Behavioral Health Services | ☐ Other: _____ |
| ☒ Madera County Community Action Agency | |
| ☐ Madera County Department of Public Health | |

I understand that I can revoke this release at any time except to the extent that action has been taken in reliance on the release. If not revoked earlier, this release will terminate one year from the date of this release.

_____
Client

_____
Witness

**To Recipient Agencies:** This information has been disclosed to you from records whose confidentiality is protected by state and federal law. Federal regulations (42 CFR, Part 2) prohibit you from making further disclosure of alcohol and drug abuse records without the specific written consent of this person to who it pertains, or as otherwise permitted by such regulations. A general authorization for release of medical or other information is not sufficient for this purpose.

CLIENT HAS RECEIVED A COPY OF THIS FORM

_____
Signature of person providing copy to client

A REQUEST FOR RELEASE OF WRITTEN MENTAL HEALTH, ALCOHOL TREATMENT OR DRUG ABUSE TREATMENT RECORDS MUST BE MADE BY SEPARATE WRITTEN REQUEST SIGNED BY THE CLIENT.

**IMPORTANT: THIS RELEASE EXPIRES ON:** **3-13-2024**

MAD 228 WTW-ROI Eng. (09/2021)

As stated in our Notice of Privacy Policy, we are required by law to maintain the privacy of this information and explain how, when and why we may use or disclose any of this information.

- Your name and other identifying information will not be shared with any agency not participating in the system (unless required to do so by law).
- Your name, gender, race, social security number and date of birth and other Basic Information may be shared with Partner Agencies for Identification purposes even if you elect not to share other sensitive information.
- Your information may be shared with the State of California Business, Consumer Services and Housing Agency (BCSH), including its authorized agents, for inclusion in the State's Homeless Data Integration System (HDIS).
- Sensitive information, such as diagnosis or treatment or mental health disorders, drug or alcohol disorders, HIV/AIDS, or domestic violence concerns, **will not** be shared between Partner Agencies without specific written consent.
- A list of Partner Agencies is available upon request.
- Authorizing your information to be entered into the HMIS is voluntary.
- Refusing to do so will not limit your access to shelter or services.

**Please initial ONE of the following levels of consent:**

_MCM_ (1) I give authorizations for my basic and coordination of care and housing information to be entered into the HMIS and **shared between Partner Agencies**. I understand that I have the right to receive a copy of all information shared between the Partner Agencies.

_____ (2) I give authorization for my basic and relevant information to be entered into the HMIS, but **not shared between Partner Agencies**. My information will not be shared, used or disclosed at case conference meetings and may make it more difficult for participating agencies to qualify me for assistance suited to my needs.

_MCM_ (3) **Street Outreach Only** I understand that in some instances the effective date of this Release of Information may be retroactive to the date of my initial contact with the street outreach team.

I understand that I may cancel this authorization at any time by written request, but the cancellation will not be retroactive. I understand that I have the right to view my HMIS record and will have a report prepared within 72 business hours of my written request. I understand that if I refuse consent to share this information I cannot be denied services. I understand that this release is valid for __2__ years from the date of my signature.

Name and Date of Birth of dependents (under 18 only)

| NAME | Date of Birth |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

| _Nichael Muehlemann_ | _MM_ | _3-13-23_ |
|---|---|---|
| Client Name (please print) | Client Signature | Date |

| _Sonia Trujillo_ | _MyW_ | _3-13-2023_ |
|---|---|---|
| Agency Staff Name (please print) | Agency Staff Signature | Date |

Fresno Madera Continuum of Care
**Client Informed Consent & Release of Information Authorization**
Homeless Management Information System (HMIS)

_____ *CAPMC* _____ is a Partner Agency in the Homeless Management Information System (HMIS). HMIS is a shared homeless and housing database system administered by The Fresno Housing Authority (FH). HMIS can improve the services and programs for homeless and low income households by allowing authorized staff at Partner Agencies to share client information and to follow trends and service patterns over time. HMIS operates over the internet and uses many security protections to ensure confidentiality. This Agency will collect your information and enter it into HMIS.

Participation in the HMIS program is important to our community's ability to provide you with the best services and housing possible. As you receive services, Basic Information and Coordination of Care and Housing Information (listed below) will be collected about you, the services provided to you, and the outcomes these services help you to achieve.

A representative of this Agency is going to ask you for information about you and your dependents. The word "dependent" is used in this documents to refer to any person under the age or 18 for whom you consider yourself to be responsible for. Once your information is entered into HMIS it will be shared as described below.

Basic Information:
This information will be shared through HMIS and partner agencies utilizing HMIS.
- Personal Identifying Information (PII) (Name (First, Middle and Last), Social Security Number, Date of Birth, Gender, Race, Ethnicity, Veteran Status, and photo)
- Household information
- Personal Identifying Information about your dependents (if applicable) (Note: Anyone 18 year of age or older must sign a separate consent form)
- Enrollment information (May include your past enrollment information)
- HMIS Client Identification Number

Coordination of Care and Housing Information:
This information, along with other information from the HMIS will be used or disclosed for the purposes of matching you to the appropriate services and possible housing, to conduct referrals and assessments, to determine program eligibility, to otherwise collaborate to address specific needs and circumstances, and to share information in case conference meetings for the purposes of finding and/or coordinating services for you and your dependents.
- Contact Information
- Experience with homelessness and living situation
- Household income and source(s)
- Presence of a current disabling condition
- Services you receive
- Documents to support homeless situation, income, disabling condition, and identity for the purpose of housing match

# C A M A R E N A  H E A L T H

344 East 6th St. Madera, Ca 93638 · (559) 664-4000 · Fax (559) 673-4871

## AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF PROTECTED HEALTH INFORMATION

Patients Name _Michael Muehlemann_ D.O.B. _12/19/1973_ Chart#_____

**I HEREBY AUTHORIZE:** Camarena Health, P.O. Box 299, Madera, CA 93639  Ph#_____

**TO DISCLOSE PROTECTED HEALTH INFORMATION TO:** _Community Action Partnership_
                                                    Name of Recipient

_1225 Gill Avenue_          **Madera**          **California**          **93637**
Address                     City                State                   Zip

____A copy of the date(s) of service _____

____A copy of the x-ray report(s) of _____

____A copy of the laboratory report(s) of _____

____A copy of most recent labor and delivery records

____Any information regarding HIV/AIDS _____ (Patient Initials)

____Information regarding Behavioral Health _____ (Patient Initials) _mcm_

____Other:_____

**DURATION:** This authorization shall become effective immediately and shall remain in effect for one year
from date of signature unless a different date is specified here _____ (Date).

**REVOCATION:** My written revocation will be effective upon receipt, but will not be effective to the extent that
the requester or others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the requester may not lawfully further use or disclose the health
information unless another authorization is obtained from me or unless such use or disclosure is
specifically required or permitted by law.

- I understand that by signing this authorization it will not be a condition to obtaining treatment or
  payment or determine my eligibility for benefits.
- Patient has a right to a copy of this authorization.

This information is requested for the following purpose (Check all that apply)

___ Medical ____Legal ___Personal ___Insurance ___Other _____

I want my information provided in an electronic format/CD.  ☐ Yes

_signature_____          _____
Signature of patient/legal representative      If signed by other than patient, indicate relationship

Date _3/13/2023_                               Staff Initials _SI_

_We are community. We are family. We are health._



# BEHAVIORAL HEALTH SERVICES
## GENERAL AUTHORIZATION TO DISCLOSE
### PROTECTED HEALTH INFORMATION

**Part I:**  Client Name: *Michael Muehlemann*  DOB: *12/19/1973*  MR# _____

I hereby authorize Madera County Behavioral Health Services to disclose this information to:

*Community Action Partnership  1225 Gill Ave. Madera CA 93657*
Name of Person(s)/Organization          Address – Street, City, State and Zip Code

**Part II:**   **MENTAL HEALTH INFORMATION:**  Check the below box(es) to indicate the type and dates of information to be disclosed and/or exchanged to/from the above organization or person(s) either verbally or in writing. This general authorization does not authorize the release of Substance Use Disorder Program treatment information, therefore, no substance abuse disorder Part 2 information may be used or released pursuant to this form.  A separate Part 2 compliant form must be used for SUD uses or disclosures.

- ☐ DSS Report
- ☐ Probation Report
- ☐ Attendance Status Report
- ☐ Appointment Status Report
- ☐ Assessment/Diagnosis
- ☐ Treatment Plan
- ☐ Discharge Summary
- ☒ Mental Health Diagnosis
- ☐ Other: _____

- ☐ Medical Diagnosis
- ☐ Current Medication Including Psychotropic Meds
- ☐ Labs (Most Recent)
- ☐ MD (orders, medical, psych. Eval., Med Rec.)
- ☐ Billing, Payment, Insurance
- ☐ Progress Notes
  - ☐ Clinical  ☐ MD  ☐ Nursing

**DATES OF INFORMATION** (optional):  Mental health information created during the date range indicated below may be disclosed to/from the above organization or person(s).

Date From: _____        Date To: _____
           Mo   Da   Yr                      Mo   Da   Yr

**Part III:**  **CLIENT RIGHTS:**  I understand and agree to allow Madera County Behavioral Health Services (MCBHS) to disclose my protected health information as stated above.  I also understand the following:

- Signing this form is voluntary and refusal to sign this form will not generally affect my ability to receive services from MCBHS, unless I am in a court ordered program, in which case, refusal to sign the release could affect my participating in that program.

- I have a right to a copy of this form.  A photocopy of this form is as valid as the original.

- I may revoke this authorization in writing (or by completing the bottom of this form) at any time by contacting Medical Records at the location I am receiving services or 209 E. 7th Street, Madera, CA  93638.  My revocation takes effect upon receipt of written notification by MCBHS. The revocation will not apply to information which has already been released in response to this authorization.

**Part III:**
**(Cont.)**
- Information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by confidentiality laws including the Health Insurance Portability and Accountability Act (HIPAA) for example, if you permit disclosure of information to a family member.

**Part IV:**  **PURPOSE:**  The purpose of this release is for (check one or more):

- [ ] Coordination/Continuity of Care
- [ ] Eligibility for Public Assistance
- [ ] Disability Claim
- [x] Other: _Housing Purposes_

- [ ] Legal
- [ ] Social Security Appeal
- [ ] Insurance

**Part V:**  **EXPIRATION:**  If not revoked earlier, this authorization terminates two (2) years from the date it is signed.

**Part VI:**  **SIGNATURE:** _[signature]_          _J   13   2023_
                    Client or Legal Representative        Mo    Da    Yr

If not signed by the client, indicate relationship: _____    Staff Initials: _____

                                                                                Completed By

**Part VII:**  **REVOCATION:**

As of (date) _____, I hereby revoke this authorization _____
              Mo   Da   Yr                                       Client or Legal Representative Signature

Client Name: _____  [ ] Verbal Request To (staff): _____
                                                                            Staff's Name

**For More Information:  Contact Medical Records at any MCBHS Facility**



## Statement of Current Situation

This is to certify that the above named individual or household is currently homeless based on the check mark, other indicated information, and signature indicating their current living situation. The Homeless Certification should be completed and signed by an individual that has had contact with and has some knowledge of the applicant named on the certification, such as an outreach worker, drop-in center worker or shelter staff person. The statement should include any information about the applicant's activities that help document his or her history of homelessness (e.g. showering at drop-in center for past two years).

**Description of current living situation:**

Met with Mr. Muehlemann. He is homeless and is currently staying on the streets. He stated that he has been homeless since 1/2022. He said that he moved from Texas to Madera because his ex-wife's brother shot him and he fears for his life. Mr. Muehleman stated that he has a learning disability and can't use his left arm since he got shot.

Staff Name: Sonia Trujillo

Title: HOW

Agency Name: CAPMC

Telephone: (559)416-5687

Staff Signature: 

Date: 03/15/2023

Updated August 2018



# (Fresno Madera Continuum of Care Coordinated Entry System)

## (HOMELESSNESS CERTIFICATION)

The U.S. Department of Housing and Urban Development (HUD) Continuum of Care (CoC) Program requires written documentation of homeless status for all applicants. The person named below has indicated that your organization has verified his or her homeless status. Please complete this homeless certification form and provide supporting documents described on the attached page

**Please note**: In order to qualify as **chronically homeless**, an applicant must have a disabling condition.

*What is a disabling condition?* A disabling condition is defined as "a diagnosable substance use disorder, serious mental illness, developmental disability, or chronic physical illness or disability, including the co-occurrence of two or more of these conditions.  A disabling condition limits an individual's ability to work or perform one or more activities of daily living."

Name of Program Applicant: _Lavenda Louise (Ireland)_

**Chronically Homeless Status as defined by the U.S. Department of Housing and Urban Development** (please check only one box)

An applicant or (for family households) the household head who is a homeless individual <u>with a disabling condition</u> as defined in the Act, who:

- ☒ who has either been continuously homeless living in the streets or other places not meant for human habitation, emergency shelter, or Safe Haven for a year or more; OR

- ☐ Has had at least four episodes of homelessness (as described above) in the past three years where the combined occasions must total at least 12 months

- ☐ The person above is currently homeless living in the streets or other places not meant for human habitation, emergency shelter, or Safe Haven for less than 12 months continuously OR had less than four episodes of homelessness in the past three years OR had 4 or more episodes of homelessness in the past three years BUT the combined occasions have not totaled at least 12 months. **Complete the following form for Literal Homeless Status.**

*What is an episode of homelessness?* An episode of homelessness is a separate, distinct, and sustained stay on the streets and/or in an emergency homeless shelter. An occasion is separated by a break of at least seven nights. Stays in institution of fewer than 90 days do not constitute a break.

**NOTE:** To be considered chronically homeless, a person must have been on the streets, other places not meant for human habitation, Safe Haven or in an emergency shelter (not transitional housing) during these stays. A person who has been residing in an institutional care facility, including a jail, substance abuse or mental health facility or other similar facility for fewer than 90 days and was chronically homeless before entering that facility shall also be deemed chronically homeless.

Page (# 1) ⟶



## Literally Homeless Status (please check only one box)

The person named above is **currently** homeless because he or she is:

[X] Sleeping in a place not meant for human habitation (such as cars, parks, sidewalks, etc.) Verification: Complete "Statement of Current Situation" and obtain signature of current service provider on this form.

[ ] Sleeping in an emergency shelter for homeless persons. Verification: Complete "Statement of Current Situation" and obtain signature of shelter staff on this form.

[ ] Is in a transitional or supportive housing program for homeless persons and/or in any of the above places. Verification: Complete "Statement of Current Situation" and obtain signature of transitional/supportive housing staff.

[ ] Is in a temporary resident, a hotel/motel through sponsorship by a social service agency or hotel voucher program. No subsequent residence has been identified and the person lacks the resources and support needed to obtain housing. Verification: Complete "Statement of Current Situation" and obtain proof of hotel voucher, and signature of current service provider on this form.

[ ] Exiting an institution where he or she resided for 90 days or less AND who resided in an emergency shelter or place not meant for human habitation immediately before entering that institution. Verification: Complete "Statement of Current Situation" and obtain signature of institution staff.

[ ] Is fleeing a domestic violence housing situation and no subsequent residence has been identified and the person lacks the resources and support necessary to obtain housing. Verification: Complete "Statement of Situation" and obtain signature by the individual on this form.

I certify that the above information is correct to the best of my knowledge.

Case Manager, Outreach Worker, Shelter Staff Signature: _____

Print Name: _Sonia Trujillo_   Date: _3/15/2023_

Agency: _Community Action Partnership_

Applicant Name: _Lavenda A. (Ireland)_

Applicant Signature: _Laura M (L.A.)_   Date: _3/15/2023_

*page #2 ↑*



## Statement of Current Situation

This is to certify that the above named individual or household is currently homeless based on the check mark, other indicated information, and signature indicating their current living situation. The Homeless Certification should be completed and signed by an individual that has had contact with and has some knowledge of the applicant named on the certification, such as an outreach worker, drop-in center worker or shelter staff person. The statement should include any information about the applicant's activities that help document his or her history of homelessness (e.g. showering at drop-in center for past two years).

**Description of current living situation:**

Engaged with Lavonda. She is homeless and sleeps on the streets with her boyfriend. She said she moved from Texas to Madera with her boyfriend because he got shot by his brother in law. She stated that she has been homeless about 7 years since cps took her son away. She said that she just broke down after that. She said that her family doesn't want to do anything with her because she is considered the black sheep of the family to them.

Staff Name: Sonia Trujillo

Title: HOW

Agency Name: CAPMC

Telephone: (559)416-5687

Staff Signature: _____

Date: 3/15/2023

page #3

↑
AlTERED
DATE

Updated August 2018

page #4

## Authorization to Use or Disclose Personal Identifiable Information

### Section 1. Who is the participant?

| Last Name | First Name | Middle Initial |
|---|---|---|
| Ireland | Lavonda | L. |

| Date of Birth (MM/DD/YYYY) | Phone Number |
|---|---|
| 06/08/1976 | 559-725-0399 |

I hereby authorize the use or disclosure of protected health information about the individual named above.

I am:  ☒ a person representative because the patient is a minor, incapacitated, or deceased (complete Section 9 below)

☐

### Section 2. Who Will Be Disclosing Information About the Individual?

The following entity may use or disclose the information:

California Department of Social Services, Central California Legal Services, Inc., Centro la Familia, City of Clovis, City of Fresno, Clearview Outreach, Clinica Sierra Vista, Clovis Unified School District, KIT Program, Community Action Partnership of Madera County, Community Medical Centers, County of Fresno Department of Behavioral Health , County of Fresno Department of Social Services, Eco Village Project of Fresno, Fresno County Superintendent of Schools-Homeless Education, Fresno Economic Opportunities Commission , Fresno First Steps Home, Fresno Housing Authority, Fresno Unified School District - Project Access, Goodwin Greenhouse, HOPE Sanger, Hospital Council of Norther and Central California, Kings View, Madera County Department of Social Services, Marjaree Mason Center, Inc, Mental Health Systems, My Path Home, Poverello House, Retraining the Village, RH Community Builders, Saint Agnes Medical Center, Selma Community Outreach Ministries, The Bishop's Advocacy Committee for the Homeless, The Fresno Center,  Turning Point of Central CA, Inc, Valley Teen Ranch, Veterans Administration, WestCare CA Inc., Westside Family Preservation Services Network, Wings Advocacy Fresno

### Section 3. Who May Be Receiving Information About the Individual?

The information may be disclosed to:

California Department of Social Services, Central California Legal Services, Inc., Centro la Familia, City of Clovis, City of Fresno, Clearview Outreach, Clinica Sierra Vista, Clovis Unified School District, KIT Program, Community Action Partnership of Madera County, Community Medical Centers, County of Fresno Department of Behavioral Health , County of Fresno Department of Social Services, Dept. of Veteran Affairs, Eco Village Project of Fresno, Fresno County Superintendent of Schools-Homeless Education, Fresno Economic Opportunities Commission , Fresno First Steps Home, Fresno Housing Authority, Fresno Unified School District - Project Access, Goodwin Greenhouse, HOPE Sanger, Hospital Council of Norther and Central California, Kings View, Madera County Department of Social Services, Marjaree Mason Center, Inc, Mental Health Systems, My Path Home, Poverello House, Retraining the Village, RH Community Builders, Saint Agnes Medical Center, Selma Community Outreach Ministries, The Bishop's Advocacy Committee for the Homeless, The Fresno Center, Turning Point of Central CA, Inc, Valley Teen Ranch, Veterans Administration, WestCare CA Inc., Westside Family Preservation Services Network, Wings Advocacy Fresno

### Section 4. What Information About the Individual Will Be disclosed?

Please specify the type of behavioral health and/or substance abuse services information to be disclosed, including any relevant dates. Self-reported information that may assist in supportive services and/or housing.

### Section 5. What is the Purpose of the Disclosure?

Please give the reason the information is being requested or disclosed: to work with collaborative agencies to provide services to the individual identified in this release

### Section 6. What is the Expiration Date or Event?

This authorization must expire within 2 years, on either a specific date or upon a specific event. Please choose either:

The following expiration date (no more than 2 years from today): 03|17|2025

OR

The following specific event (needs to happen within 2 years):

### Section 7. Important Rights and Other Required Statements You Should Know

❖ You can revoke this authorization at any time by writing to [Fresno Housing Authority]. If you revoke this authorization, it will not apply to information that has already been used or disclosed.

❖ The information disclosed based on this authorization may be re-disclosed by the recipients and may no longer be protected by federal or state privacy laws. Not all persons or entities have to follow these laws.

❖ You do not need to sign this form in order to obtain enrollment, eligibility, payment, or treatment for services.

❖ This authorization is completely voluntary, and you do not have to agree to authorize any use or disclosure.

❖ You have a right to a copy of this authorization once you have signed it. Please keep a copy for your records, or you may ask us for a copy at any time by writing to Fresno Housing Authority.

❖ If you have any questions about anything on this form, or how to fill it out, we can help. Please call (559)265-4800

### Section 8. Signature of the Individual

Signature _____    Date (required) ___03|17|23___

### Section 9. Signature of Personal Representative (if applicable)

Signature _____    Date (required) _____

Please describe your relationship to the individual and/or your legal authority to act on behalf of the individual in making decisions related to healthcare. You may be asked to provide us with the relevant legal documents giving you this authority.

Relationship to the individual (required): _____

#### NOTICE TO RECIPIENT OF INFORMATION

This information has been disclosed to you from records the confidentiality of which may be protected by federal and/or state law. If the records are protected under the federal regulations on the confidentiality of alcohol and drug abuse patient records (42 CFR Part 2), you are prohibited from making any further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

page (# 5)

Fresno Madera Continuum of Care
**Client Informed Consent & Release of Information Authorization**
Homeless Management Information System (HMIS)

__CAPMC__ is a Partner Agency in the Homeless Management Information System (HMIS). HMIS is a shared homeless and housing database system administered by The Fresno Housing Authority (FH). HMIS can improve the services and programs for homeless and low income households by allowing authorized staff at Partner Agencies to share client information and to follow trends and service patterns over time. HMIS operates over the internet and uses many security protections to ensure confidentiality. This Agency will collect your information and enter it into HMIS.

Participation in the HMIS program is important to our community's ability to provide you with the best services and housing possible. As you receive services, Basic Information and Coordination of Care and Housing Information (listed below) will be collected about you, the services provided to you, and the outcomes these services help you to achieve.

A representative of this Agency is going to ask you for information about you and your dependents. The word "dependent" is used in this documents to refer to any person under the age or 18 for whom you consider yourself to be responsible for. Once your information is entered into HMIS it will be shared as described below.

Basic Information:
This information will be shared through HMIS and partner agencies utilizing HMIS.
- Personal Identifying Information (PII) (Name (First, Middle and Last), Social Security Number, Date of Birth, Gender, Race, Ethnicity, Veteran Status, and photo)
- Household information
- Personal Identifying Information about your dependents (if applicable) (Note: Anyone 18 year of age or older must sign a separate consent form)
- Enrollment information (May include your past enrollment information)
- HMIS Client Identification Number

Coordination of Care and Housing Information:
This information, along with other information from the HMIS will be used or disclosed for the purposes of matching you to the appropriate services and possible housing, to conduct referrals and assessments, to determine program eligibility, to otherwise collaborate to address specific needs and circumstances, and to share information in case conference meetings for the purposes of finding and/or coordinating services for you and your dependents.
- Contact Information
- Experience with homelessness and living situation
- Household income and source(s)
- Presence of a current disabling condition
- Services you receive
- Documents to support homeless situation, income, disabling condition, and identity for the purpose of housing match

As stated in our Notice of Privacy Policy, we are required by law to maintain the privacy of this information and explain how, when and why we may use or disclose any of this information.

- Your name and other identifying information will not be shared with any agency not participating in the system (unless required to do so by law).
- Your name, gender, race, social security number and date of birth and other Basic Information may be shared with Partner Agencies for Identification purposes even if you elect not to share other sensitive information.
- Your information may be shared with the State of California Business, Consumer Services and Housing Agency (BCSH), including its authorized agents, for inclusion in the State's Homeless Data Integration System (HDIS).
- Sensitive information, such as diagnosis or treatment or mental health disorders, drug or alcohol disorders, HIV/AIDS, or domestic violence concerns, **will not** be shared between Partner Agencies without specific written consent.
- A list of Partner Agencies is available upon request.
- Authorizing your information to be entered into the HMIS is voluntary.
- Refusing to do so will not limit your access to shelter or services.

**Please initial ONE of the following levels of consent:**

_LCI_ (1) I give authorizations for my basic and coordination of care and housing information to be entered into the HMIS and **shared between Partner Agencies**. I understand that I have the right to receive a copy of all information shared between the Partner Agencies.

_____ (2) I give authorization for my basic and relevant information to be entered into the HMIS, but **not shared between Partner Agencies**. My information will not be shared, used or disclosed at case conference meetings and may make it more difficult for participating agencies to qualify me for assistance suited to my needs.

_L.C._ (3) **Street Outreach Only** I understand that in some instances the effective date of this Release of Information may be retroactive to the date of my initial contact with the street outreach team.

I understand that I may cancel this authorization at any time by written request, but the cancellation will not be retroactive. I understand that I have the right to view my HMIS record and will have a report prepared within 72 business hours of my written request. I understand that if I refuse consent to share this information I cannot be denied services. I understand that this release is valid for __2__ years from the date of my signature.

Name and Date of Birth of dependents (under 18 only)

| NAME | Date of Birth |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Lavonda L. (Ireland)  
Client Name (please print)  

Client Signature _____  Date

Sonia Trujillo  
Agency Staff Name (please print)  

Agency Staff Signature    3/15/2023  
Date

page (#6)

Fresno Madera Continuum of Care
**Client Informed Consent & Release of Information Authorization**
Homeless Management Information System (HMIS)

_CAPMC_ is a Partner Agency in the Homeless Management Information System (HMIS). HMIS is a shared homeless and housing database system administered by The Fresno Housing Authority (FH). HMIS can improve the services and programs for homeless and low income households by allowing authorized staff at Partner Agencies to share client information and to follow trends and service patterns over time. HMIS operates over the internet and uses many security protections to ensure confidentiality. This Agency will collect your information and enter it into HMIS.

Participation in the HMIS program is important to our community's ability to provide you with the best services and housing possible. As you receive services, Basic Information and Coordination of Care and Housing Information (listed below) will be collected about you, the services provided to you, and the outcomes these services help you to achieve.

A representative of this Agency is going to ask you for information about you and your dependents. The word "dependent" is used in this documents to refer to any person under the age or 18 for whom you consider yourself to be responsible for. Once your information is entered into HMIS it will be shared as described below.

Basic Information:
This information will be shared through HMIS and partner agencies utilizing HMIS.
- Personal Identifying Information (PII) (Name (First, Middle and Last), Social Security Number, Date of Birth, Gender, Race, Ethnicity, Veteran Status, and photo)
- Household information
- Personal Identifying Information about your dependents (if applicable) (Note: Anyone 18 year of age or older must sign a separate consent form)
- Enrollment information (May include your past enrollment information)
- HMIS Client Identification Number

Coordination of Care and Housing Information:
This information, along with other information from the HMIS will be used or disclosed for the purposes of matching you to the appropriate services and possible housing, to conduct referrals and assessments, to determine program eligibility, to otherwise collaborate to address specific needs and circumstances, and to share information in case conference meetings for the purposes of finding and/or coordinating services for you and your dependents.
- Contact Information
- Experience with homelessness and living situation
- Household income and source(s)
- Presence of a current disabling condition
- Services you receive
- Documents to support homeless situation, income, disabling condition, and identity for the purpose of housing match

As stated in our Notice of Privacy Policy, we are required by law to maintain the privacy of this information and explain how, when and why we may use or disclose any of this information.

- Your name and other identifying information will not be shared with any agency not participating in the system (unless required to do so by law).
- Your name, gender, race, social security number and date of birth and other Basic Information may be shared with Partner Agencies for Identification purposes even if you elect not to share other sensitive information.
- Your information may be shared with the State of California Business, Consumer Services and Housing Agency (BCSH), including its authorized agents, for inclusion in the State's Homeless Data Integration System (HDIS).
- Sensitive information, such as diagnosis or treatment or mental health disorders, drug or alcohol disorders, HIV/AIDS, or domestic violence concerns, **will not** be shared between Partner Agencies without specific written consent.
- A list of Partner Agencies is available upon request.
- Authorizing your information to be entered into the HMIS is voluntary.
- Refusing to do so will not limit your access to shelter or services.

**Please initial ONE of the following levels of consent:**

_LA_ (1) I give authorizations for my basic and coordination of care and housing information to be entered into the HMIS and **shared between Partner Agencies**. I understand that I have the right to receive a copy of all information shared between the Partner Agencies.

_____ (2) I give authorization for my basic and relevant information to be entered into the HMIS, but **not shared between Partner Agencies**. My information will not be shared, used or disclosed at case conference meetings and may make it more difficult for participating agencies to qualify me for assistance suited to my needs.

_____ (3) **Street Outreach Only** I understand that in some instances the effective date of this Release of Information may be retroactive to the date of my initial contact with the street outreach team.

I understand that I may cancel this authorization at any time by written request, but the cancellation will not be retroactive. I understand that I have the right to view my HMIS record and will have a report prepared within 72 business hours of my written request. I understand that if I refuse consent to share this information I cannot be denied services. I understand that this release is valid for _2_ years from the date of my signature.

Name and Date of Birth of dependents (under 18 only)

| NAME | Date of Birth |
|------|---------------|
|      |               |
|      |               |
|      |               |
|      |               |

Lavonna Louise (Ireland)
Client Name (please print)

_Client Signature_                    03/17/23
Date

Joivette Santos
Agency Staff Name (please print)

_Agency Staff Signature_              03/17/23
Date

page #7

**Part III:**
**(Cont.)**

- Information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by confidentiality laws including the Health Insurance Portability and Accountability Act (HIPAA) for example, if you permit disclosure of information to a family member.

**Part IV:** **PURPOSE:** The purpose of this release is for (check one or more):

☐ Coordination/Continuity of Care

☐ Eligibility for Public Assistance

☐ Disability Claim

☒ Other: *(Housing Purposes)*

☐ Legal

☐ Social Security Appeal

☐ Insurance

**Part V:** **EXPIRATION:** If not revoked earlier, this authorization terminates two (2) years from the date it is signed.

**Part VI:** **SIGNATURE:** _____ 3 - 15 - 2023

Client or Legal Representative    Mo    Da    Yr

If not signed by the client, indicate relationship: _____    Staff Initials: _____

Completed By

**Part VII:** **REVOCATION:**

As of (date) _____, I hereby revoke this authorization _____

Mo   Da   Yr                                                    Client or Legal Representative Signature

Client Name: _____    ☐ Verbal Request To (staff): _____

Staff's Name

For More Information:  Contact Medical Records at any MCBHS Facility

*page (#8)*

# BEHAVIORAL HEALTH SERVICES
## GENERAL AUTHORIZATION TO DISCLOSE
### PROTECTED HEALTH INFORMATION

**Part I:**   Client Name: _Lavonda Louise (Ireland)_   DOB: _6/8/1976_ MR# _____

I hereby authorize Madera County Behavioral Health Services to disclose this information to:

_Community Action Partnership 1225 Gill Avenue, Madera CA 93637_

Name of Person(s)/Organization        Address – Street, City, State and Zip Code

**Part II:**   **MENTAL HEALTH INFORMATION:** Check the below box(es) to indicate the type and dates of information to be disclosed and/or exchanged to/from the above organization or person(s) either verbally or in writing. This general authorization does not authorize the release of Substance Use Disorder Program treatment information, therefore, no substance abuse disorder Part 2 information may be used or released pursuant to this form. A separate Part 2 compliant form must be used for SUD uses or disclosures.

- [ ] DSS Report
- [ ] Probation Report
- [ ] Attendance Status Report
- [ ] Appointment Status Report
- [ ] Assessment/Diagnosis
- [ ] Treatment Plan
- [ ] Discharge Summary
- [x] Mental Health Diagnosis
- [ ] Other: _____

- [ ] Medical Diagnosis
- [ ] Current Medication Including Psychotropic Meds
- [ ] Labs (Most Recent)
- [ ] MD (orders, medical, psych. Eval., Med Rec.)
- [ ] Billing, Payment, Insurance
- [ ] Progress Notes
  - [ ] Clinical  [ ] MD  [ ] Nursing

**DATES OF INFORMATION** (optional): Mental health information created during the date range indicated below may be disclosed to/from the above organization or person(s).

Date From: _____ Mo  Da  Yr        Date To: _____ Mo  Da  Yr

**Part III:**   **CLIENT RIGHTS:** I understand and agree to allow Madera County Behavioral Health Services (MCBHS) to disclose my protected health information as stated above. I also understand the following:

- Signing this form is voluntary and refusal to sign this form will not generally affect my ability to receive services from MCBHS, unless I am in a court ordered program, in which case, refusal to sign the release could affect my participating in that program.

- I have a right to a copy of this form. A photocopy of this form is as valid as the original.

- I may revoke this authorization in writing (or by completing the bottom of this form) at any time by contacting Medical Records at the location I am receiving services or 209 E. 7th Street, Madera, CA 93638. My revocation takes effect upon receipt of written notification by MCBHS. The revocation will not apply to information which has already been released in response to this authorization.

**DEPARTMENT OF SOCIAL SERVICES**
COUNTY OF MADERA
1620 SUNRISE / MADERA, CALIFORNIA 93638
P. O. BOX 569
(559) 675-7841 PHONE / (559) 675-7603 FAX

*Equal Opportunity Employer*

DEBORAH MARTINEZ, DIRECTOR

**MADERA COUNTY WTW PROGRAM**
**RELEASE FOR EXCHANGE OF INFORMATION AND RECORDS**

Client Name: _Lavonda Louise (Ireland)_     Birthdate: _6/08/1976_

Date: _03/15/2023_     Case Number: _____

I hereby authorize the agency checked on the following list to release and exchange information about me or information contained in my records.

| | |
|---|---|
| ☐ Calif. Employment Development Dept. | ☐ Madera County Office of Education |
| ☐ California State University of Fresno | ☐ Madera County Probation Department |
| ☐ Central Valley Opportunity Center | ☐ Madera County Family Resource Center |
| ☐ Central Valley Regional Center | ☐ Madera Economic Development Commission |
| ☐ Chawanakee Joint School District | ☐ Madera Unified School District |
| ☐ Chowchilla High School District | ☐ Minarets Joint Union High School District |
| ☐ Dept. of Vocational Rehabilitation | ☐ State Center Community College/All Campuses |
| ☐ Firebaugh-Las Deltas School District | ☐ Madera Co Workforce Investment Corp. |
| ☐ Madera Adult School (MAS) | ☐ Yosemite High School District |
| ☐ Madera County Behavioral Health Services | ☐ Other: _____ |
| ☒ Madera County Community Action Agency | |
| ☐ Madera County Department of Public Health | |

I understand that I can revoke this release at any time except to the extent that action has been taken in reliance on the release. If not revoked earlier, this release will terminate one year from the date of this release.

_____
Client

_____
Witness

**To Recipient Agencies:** This information has been disclosed to you from records whose confidentiality is protected by state and federal law. Federal regulations (42 CFR, Part 2) prohibit you from making further disclosure of alcohol and drug abuse records without the specific written consent of this person to who it pertains, or as otherwise permitted by such regulations. A general authorization for release of medical or other information is not sufficient for this purpose.

CLIENT HAS RECEIVED A COPY OF THIS FORM

_____
Signature of person providing copy to client

A REQUEST FOR RELEASE OF WRITTEN MENTAL HEALTH, ALCOHOL TREATMENT OR DRUG ABUSE TREATMENT RECORDS MUST BE MADE BY SEPARATE WRITTEN REQUEST SIGNED BY THE CLIENT.

**IMPORTANT: THIS RELEASE EXPIRES ON:** _03/15/2024_

page #10

MAD 228 WTW-ROI Eng. (09/2021)



# ANNUAL REVIEW

04/06/2023 02:35 PM

RITE AID # 05860
RITE AID-2640 FLORAL AVE
2640 FLORAL AVENUE
SELMA, CA 93662
(559) 896-7105



**Pharmacy Team Actions:**
1. Provide to patient
2. Ask patient to make any necessary updates
3. Have patient sign once completed & return
4. Scan into patient's documentation tab in NexGen and update the patient details as needed/required

---

## Personal Information:                                    Updates(if any)

| | |
|---|---|
| Name | : LAVONDA IRELAND |
| Address | : 2136 SILVA ST |
| City, State | : SELMA, CA |
| Zip Code | : 93662-0000 |
| Phone Number | : (559) 725-0399 |
| Mobile Number | : |
| Email Address | : |
| Date of Birth | : 06/08/1976 |
| Gender | : Female |
| Primary Care Physician | : |

*page # 1)*

---

### Pharmacy Services (Please select any new services you would like to receive):

☐ Automated Courtesy Refill        ☒ Safety Cap                ☒ Prescription Notifications
☐ OneTrip Refills                  ☐ Large Font Label

---

### Allergies:

No Known Allergies

---

### Conditions:

---

### Other Medications (Including OTCs):

---

Patient Signature: _____

Date: _____

┌─────────────────────────────────────────┐
│  **PHARMACIST, PLEASE PRINT THE**        │
│  **VACCINE CENTRAL RECOMMENDATIONS.**    │
└─────────────────────────────────────────┘

THIS REPORT CONTAINS PATIENT INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, DO NOT DISTRIBUTE THE INFORMATION ANY FURTHER. PLEASE NOTIFY US IMMEDIATELY AND RETURN THE REPORT TO US AT THE ABOVE ADDRESS. TO FIND A Rite Aid    STORE NEAR YOU VISIT US AT www.riteaid.com  BY SIGNING THIS ANNUAL REVIEW FORM, I CONSENT TO RECEIVING CALLS AND/OR TEXT MESSAGES FROM Rite Aid    OR ITS AGENTS, INCLUDING VIA AUTOMATIC TELEPHONE DIALING SYSTEMS  AND/OR ARTIFICIAL OR PRERECORDED VOICE, FOR ANY PURPOSE RELATING TO GOODS AND SERVICES FROM Rite Aid    ON ANY PHONE NUMBER THAT I PROVIDE. I UNDERSTAND THAT I AM NOT REQUIRED TO AGREE TO RECEIVE SUCH CALLS AND/OR TEXTS AS A CONDITION OF OBTAINING ANY GOOD OR SERVICE FROM Rite Aid

page #12

# C A M A R E N A  H E A L T H

344 East 6th St. Madera, Ca 93638 · **(559) 664-4000** · Fax **(559) 673-4871**

## AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF PROTECTED HEALTH INFORMATION

Patients Name _Lavonda Louise (Ireland) Book_ D.O.B. _06/08/1976_ Chart#_____

**I HEREBY AUTHORIZE:** Camarena Health, P.O. Box 299, Madera, CA 93639  Ph#_____

**TO DISCLOSE PROTECTED HEALTH INFORMATION TO:** _Community Action Partnership_
Name of Recipient

| _1225 Gill Avenue_ | _Madera_ | _California_ | _93637_ |
|---|---|---|---|
| Address | City | State | Zip |

_____A copy of the date(s) of service _____

_____A copy of the x-ray report(s) of _____

_____A copy of the laboratory report(s) of _____

_____A copy of most recent labor and delivery records

_____Any information regarding HIV/AIDS _____ (Patient Initials)

_____Information regarding Behavioral Health_____  (Patient Initials) _L.B_

_____Other:_____

**DURATION:** This authorization shall become effective immediately and shall remain in effect for one year from date of signature unless a different date is specified here _____ (Date).

**REVOCATION:** My written revocation will be effective upon receipt, but will not be effective to the extent that the requester or others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the requester may not lawfully further use or disclose the health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

- I understand that by signing this authorization it will not be a condition to obtaining treatment or payment or determine my eligibility for benefits.
- Patient has a right to a copy of this authorization.

This information is requested for the following purpose (Check all that apply)

___ Medical   ___Legal   ___Personal ___Insurance ___Other _____

I want my information provided in an electronic format/CD.  ☐ Yes

_____   _____
Signature of patient/legal representative        If signed by other than patient, indicate relationship

Date _3/15/2023_____        Staff Initials _ST_____

*We are community. We are family. We are health.*

# SELF-DECLARATION OF INCOME

*page #13*

Applicant Name: *Lavonda Louise (Ireland) Brook*

This is to certify the income status for the above named individual.  Income includes but is not limited to:

- The full amount of gross income earned before taxes and deductions.
- The net income earned from the operation of a business, i.e., total revenue minus business operating expenses. This also includes any withdrawals of cash from the business or profession for your personal use.
- Monthly interest and dividend income credited to an applicant's bank account and available for use.
- The monthly payment amount received from Social Security, annuities, retirement funds, pensions, disability and other similar types of periodic payments.
- Any monthly payments in lieu of earnings, such as unemployment, disability compensation, SSI, SSDI, and worker's compensation.
- Monthly income from government agencies excluding amounts designated for shelter, and utilities, WIC, food stamps, and childcare.
- Alimony, child support and foster care payments received from organizations or from persons not residing in the dwelling.
- All basic pay, special day and allowances of a member of the Armed Forces excluding special pay for exposure to hostile fire.

**Check only one box and complete only that section**

---

☐ I certify, under penalty of perjury, that I currently receive the following income:

Source: _____ Amount: _____ Frequency: _____
Source: _____ Amount: _____ Frequency: _____
Source: _____ Amount: _____ Frequency: _____

Applicant Signature: _____ Date: _____

---

☒ I certify, under penalty of perjury, that I do not have any income from any source at this time.

Applicant Signature: _(signature)_    Date: 3/15/2023

**Staff Verification**

I understand that third-party verification is the preferred method of certifying income for assistance.  I understand self declaration is only permitted when I have attempted to but cannot obtain third party verification.

*Documentation of attempt made for third-party verification:*

_____
_____
_____

Staff Signature: _(signature)_    Date: 3-15-2023