UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONDA LOUISE IRELAND et al., | Case No. 1:23-cv-00725-JLT-BAM |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** |
| v. | |
| MADERA COUNTY POLICE DEPARTMENT, et al., | (Docs. 2, 6, 7) |
| Defendants. | |

Plaintiffs Lavonda Louise Ireland and Michael Edward Muehlemann ("Plaintiffs"), proceeding pro se, filed this action on May 11, 2023. (Doc. 1.) Plaintiffs did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) Following the Court's order requiring Plaintiffs to file a completed in forma pauperis application, Plaintiffs filed amended motions to proceed in forma pauperis on May 24, 2023. (Docs. 6, 7.) Plaintiffs have made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Plaintiffs are advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

1

against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiffs' complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant. The Court will screen Plaintiffs' complaint in due course.

IT IS SO ORDERED.

Dated: __May 25, 2023__       /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE