UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONDA LOUISE IRELAND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MADERA COUNTY POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 1:23-cv-00725-JLT-BAM <br><br> **ORDER REGARDING PLAINTIFFS' NOTICES OF VOLUNTARY DISMISSAL** <br><br> (Docs. 9, 10) |

On July 27, 2023, Plaintiffs Lavonda Louise Ireland and Michael Edward Muehlemann ("Plaintiffs") filed notices of voluntary dismissal noting that they withdrew the instant matter. (Docs. 9, 10.) In light of Plaintiffs' voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). This Court VACATES all pending dates and matters. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **July 28, 2023**          /s/ *Barbara A. McAuliffe*          
                                    UNITED STATES MAGISTRATE JUDGE

1